IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REBECCA PHILLIPS and**                                                                   **PLAINTIFFS**
**JENNIFER YOUNG**

v.                       **CASE NO. 2:24-CV-00065-BSM**

**FORD OF WEST MEMPHIS,** *et al.*                                         **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 6th day of January, 2025.

                                                                            */s/ Brian S. Miller*
                                                             UNITED STATES DISTRICT JUDGE